

Judge Sara L. Ellis
Magistrate Judge Jeannice W. Appenteng
RANDOM/ CAT. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VALENTIN IBARRA GUTIERREZ and ISAIAS RIVAS, JR. | Case No.<br><br>Violations: Title 21, United States Code, Sections 841(a)(1) and 846 |

### COUNT ONE

The SPECIAL JUNE 2024 GRAND JURY charges:

Beginning no later than on or about May 29, 2021, and continuing until on or about June 17, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

VALENTIN IBARRA GUTIERREZ,

defendant herein, did conspire with Individual A, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about June 11, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

VALENTIN IBARRA GUTIERREZ,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THREE**

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about June 11, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ISAIAS RIVAS, JR.,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about June 14, 2021, inside a vehicle near the 5700 block of South 65th Street, at Chicago, in the Northern District of Illinois, Eastern Division,

VALENTIN IBARRA GUTIERREZ,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about June 14, 2021, inside a residence on the 5700 block of South 65th Street, at Chicago, in the Northern District of Illinois, Eastern Division,

VALENTIN IBARRA GUTIERREZ,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
ACTING UNITED STATES ATTORNEY